**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Don Paul JACKSON, Defendant–
Appellant.**

No. 10–31022.

United States Court of Appeals,
Fifth Circuit.

Aug. 14, 2012.

Camille Ann Domingue, Assistant U.S. Attorney, J. Collin Sims, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

ON REMAND FROM THE SUPREME
COURT OF THE UNITED
STATES

PER CURIAM: *

After our opinion was issued in this case, the Supreme Court decided *Dorsey v. United States*, —— U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012). *Dorsey*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

held, contrary to our opinion, that the more lenient penalties of the Fair Sentencing Act ("Act") apply to offenders who committed an offense before the Act was passed, but were sentenced after the Act was enacted. We therefore VACATE and REMAND these cases for resentencing consistent with the Court's holding in *Dorsey*.